# 22 CR 53
# UNITED STATES OF AMERICA
# v.
# MATTHEW JAMAAL JOHNSON



# GOVERNMENT'S EXHIBIT 1

FILED

FEB 08 2022

MAGISTRATE JUDGE MARIA VALDEZ
UNITED STATES DISTRICT COURT

*United States v. Matthew Jamaal Johnson*
22 CR 53

| Count | Date | Location | Firearm(s) | Recovered? |
|---|---|---|---|---|
| 1 | 4/23/2020 | Eagle Sports (Oak Forest) | Ruger EC9S 9mm pistol, serial number 457-41939 | N |
| 2 | 6/20/2020 | Shoot Point Blank (Mokena) | Taurus G2C 40 caliber pistol, serial number ABC440321<br><br>Taurus G2S 9mm pistol, serial number ABD462940 | N |
| 3 | 12/11/2020 | Eagle Sports (Oak Forest) | Glock G35 40 caliber pistol, serial number VTS737<br><br>HS Produkt Springfield XD-40 .40 caliber pistol, serial number BY465554 | Y – Hammond Police Department<br><br>Y – Chicago Police Department |
| 4 | 12/18/2020 | Eagle Sports (Oak Forest) | Beretta APX 9mm pistol, serial number A097033X | N |
| 5 | 12/30/2020 | Shoot Point Blank (Hodgkins) | Taurus G2S 40 caliber pistol, serial number AMB229363<br><br>Taurus G3C 9mm pistol, serial number ABM282900<br><br>Taurus G3C 9mm pistol, serial number ABM293611 | N |



GOVERNMENT EXHIBIT

1

JOHNSON_000756

*United States v. Matthew Jamaal Johnson*
22 CR 53

| Count | Date | Location | Firearm(s) | Recovered? |
|---|---|---|---|---|
| 6 | 1/7/2021 | Shoot Point Blank (Mokena) | Sarsilmaz B6C 9x19 pistol, serial number T1102-20G52271<br><br>Sarsilmaz B6C 9x19 pistol, serial number T1102-20G52354<br><br>Taurus G3C 9mm pistol, serial number ABM280439<br><br>Taurus G3C 9mm pistol, serial number ABN335193<br><br>Taurus G3C 9mm pistol, serial number ABN335634<br><br>Taurus G3C 9mm pistol, serial number ABN335510 | N |
| 7 | 1/20/2021 | Shoot Point Blank (Hodgkins) | SCCY CPX-2 9mm pistol, serial number C040868<br><br>SCCY CPX-2 9mm pistol, serial number C036963<br><br>Kahr Arms CW9 9mm pistol, serial number G017565<br><br>~~FMK Firearms GC9C1 9mm pistol, serial number BT8731~~ | N |

JOHNSON_000757

*United States v. Matthew Jamaal Johnson*
22 CR 53

| Count | Date | Location | Firearm(s) | Recovered? |
|---|---|---|---|---|
| 8 | 1/22/2021 | Shoot Point Blank (Mokena) | Tisas-Trabzon M1911 45 caliber pistol, serial number T0620-20723029<br><br>Sarsilmaz B6C 9mm pistol, serial number T1102-20G52355 | N |
| 9 | 3/4/2021 | Shoot Point Blank (Hodgkins) | Taurus G3 9mm pistol, serial number ACA477548<br><br>Taurus G3 9mm pistol, serial number ACA480800 | N |
| 10 | 3/16/2021 | Shoot Point Blank (Mokena) | SCCY Industries CPX-1 9mm pistol, serial number C114741<br><br>Glock 44 22 caliber pistol, serial number AEZC041 | N<br><br><br><br><br>Y – Chicago Police Department |
| 11 | 3/29/2021 | Pelcher's (Lansing) | Glock 19x 9mm pistol, serial number AFBG973 | Y – Sauk Village Police Department |
| 12 | 4/6/2021 | Eagle Sports (Oak Forest) | Glock G43X 9mm pistol, serial number BTGR707<br><br>Taurus G3C 9mm pistol, serial number ACB565528 | N<br><br><br>Y – Chicago Heights Police Department |

JOHNSON_000758